| | |
|---|---|
| 1 | ERIC DONEY, #76260<br>eric@donahue.com |
| 2 | JULIE E. HOFER, #152185<br>julie@donahue.com |
| 3 | ANDREW S. MACKAY, #197074<br>andrew@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP<br>1999 Harrison Street, 25th Floor |
| 5 | Oakland, California 94612-3520<br>Telephone: (510) 451-0544 |
| 6 | Facsimile: (510) 832-1486 |
| 7 | Attorneys for Plaintiff<br>AUTODESK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON/ITS, INC., a Georgia corporation,<br><br>Defendant. | CASE NO. C10-01821-VRW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT HAMILTON/ITS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>[CIVIL L.R. 6-1(a)]<br><br>NO HEARING REQUIRED |

1  Pursuant to Civil L.R. 6-1(a), plaintiff Autodesk, Inc., by and through counsel, and
2  defendant Hamilton/ITS, Inc., hereby stipulate that defendant Hamilton/ITS, Inc., shall have up to
3  and including Monday, June 14, 2010, to answer or otherwise respond to the Complaint on file
4  herein. The purpose of the extension is to provide the parties with an opportunity to discuss
5  settlement without incurring unnecessary legal fees and expenses. Such an extension will not
6  have any impact on the Case Management Conference or any other scheduled dates set by the
7  Court.

8  IT IS SO STIPULATED.

9  Dated: May 24, 2010    DONAHUE GALLAGHER WOODS LLP

11  By: _____
    Julie E. Hofer
12  Attorneys for Plaintiff
    AUTODESK, INC.

14  Dated: May 21, 2010    HAMILTON/ITS, INC.

16  By: _____
    Ray Hamilton

18  **ORDER**

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.
    Dated: 05/28/10    _____
20  Hon. Vaughn R. Walker
    United States District Court Judge

-1-
STIPULATION FOR EXTENSION OF TIME    CASE NO. C10-01821-VRW