1  ERIC DONEY, #76260
   eric@donahue.com
2  JULIE E. HOFER, #152185
   julie@donahue.com
3  ANDREW S. MACKAY, #197074
   andrew@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   1999 Harrison Street, 25th Floor
5  Oakland, California  94612-3520
   Telephone:    (510) 451-0544
6  Facsimile:    (510) 832-1486

7  Attorneys for Plaintiff
   AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>HAMILTON/ITS, INC., a Georgia corporation,<br><br>        Defendant. | CASE NO.  C10-01821-VRW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT HAMILTON/ITS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>[CIVIL L.R. 6-1(a)]<br><br>NO HEARING REQUIRED |

Pursuant to Civil L.R. 6-1(a), plaintiff Autodesk, Inc., by and through counsel, and defendant Hamilton/ITS, Inc., hereby stipulate that defendant Hamilton/ITS, Inc., shall have up to and including Tuesday, July 20, 2010, to answer or otherwise respond to the Complaint on file herein. The purpose of the extension is to provide the parties with an opportunity to discuss settlement without incurring unnecessary legal fees and expenses. Such an extension will not have any impact on the Case Management Conference or any other scheduled dates set by the Court.

IT IS SO STIPULATED.

Dated: June 29, 2010

DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: June 28, 2010

HAMILTON/ITS, INC.

By: _____
Ray Hamilton

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 12, 2010

_____
Hon. Vaughn R. Walker
United States District Court

Judge Vaughn R Walker

-1-

STIPULATION FOR EXTENSION OF TIME