1  ERIC DONEY, #76260
   eric@donahue.com
2  JULIE E. HOFER, #152185
   julie@donahue.com
3  ANDREW S. MACKAY, #197074
   andrew@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   1999 Harrison Street, 25th Floor
5  Oakland, California 94612-3520
   Telephone:   (510) 451-0544
6  Facsimile:   (510) 832-1486

7  Attorneys for Plaintiff
   AUTODESK, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

13  AUTODESK, INC., a Delaware          CASE NO. C10-01821-VRW
    corporation,
14                                      **STIPULATED REQUEST TO CONTINUE
                 Plaintiff,             CASE MANAGEMENT CONFERENCE;
15                                      [PROPOSED] ORDER**
         v.
16                                      Current CMC Date:   August 12, 2010
    HAMILTON/ITS, INC., a Georgia       ~~Requested Date:    October 14, 2010~~
17  corporation,                        Time:               3:30 p.m.
                                        Dept.:              6, 17th Floor
18               Defendant.             Judge:              Hon. Vaughn R. Walker

19                                      New CMC Date: October 21, 2010 at 3:30 PM

20                                                ...

21

22

23

24

25

26

27

28

---

## STIPULATION

Pursuant to Civil L.R. 6-2(b) and Civil L.R. 16-2(e), plaintiff Autodesk, Inc., by and through counsel, and defendant Hamilton/ITS, Inc., ("Hamilton/ITS"), hereby stipulate, agree, and request that the Case Management Conference currently scheduled for August 12, 2010 be postponed until October 14, 2010 at 3:30 p.m., and that all related dates be adjusted accordingly.

The parties have tentatively agreed upon the terms of settlement and are in the process of finalizing the written agreement to memorialize those terms. Accordingly, before October 14, 2010, the parties anticipate being able to file with the Court a dismissal of this action.

The parties further stipulate that Hamilton/ITS shall have up to and including Friday, September 3, 2010, to answer or otherwise respond to the Complaint on file herein.

This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

IT IS SO STIPULATED.

Dated: August 5th, 2010     DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: August ____, 2010     HAMILTON/ITS, INC.

By: _____
Ray Hamilton

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
Hon. Vaughn R. Walker
United States District Court Judge

## STIPULATION

Pursuant to Civil L.R. 6-2(b) and Civil L.R. 16-2(e), plaintiff Autodesk, Inc., by and through counsel, and defendant Hamilton/ITS, Inc., ("Hamilton/ITS"), hereby stipulate, agree, and request that the Case Management Conference currently scheduled for August 12, 2010 be postponed until October 14, 2010 at 3:30 p.m., and that all related dates be adjusted accordingly.

The parties have tentatively agreed upon the terms of settlement and are in the process of finalizing the written agreement to memorialize those terms. Accordingly, before October 14, 2010, the parties anticipate being able to file with the Court a dismissal of this action.

The parties further stipulate that Hamilton/ITS shall have up to and including Friday, September 3, 2010, to answer or otherwise respond to the Complaint on file herein.

This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

IT IS SO STIPULATED.

Dated: August ____, 2010        DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: August ____, 2010        HAMILTON/ITS, INC.

By: _____
Ray Hamilton

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/9/2010        _____
Hon. Vaughn R. Walker
United States District Court Judge

...

-1-

STIPULATED REQUEST TO CONTINUE CMC, [PROPOSED] ORDER        CASE NO. C10-01821-VRW